

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Brian Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

April 27, 2023

Re: *Case 1:23-cv-3584-BMC, Hwang v. Flatiron Wines, Inc.*
Request for Extension of Scheduling Order

Dear Judge Cogan:

Plaintiff submits this response to the Order to Show Cause, dated May 15, 2023. In response to the Court's sua sponte challenging of Plaintiff's standing to bring the claims set forth in the Complaint, Plaintiff will amend the Complaint. Plaintiff requests two weeks to do so, up to and until June 6, 2023.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*Mars Khaimov, Esq.*
Attorney for Plaintiff

